department, entered May 5, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff while employed as a seaman on one of the defendant's steamships in New York harbor, fell through an open hatchway and received the injuries complained of. It was alleged that the accident was caused by the negligence of defendant's boatswain in prematurely directing the replacement of hatch covers thus leaving plaintiff who was working between decks near the hatchway in darkness.

*Frederick H. Cunningham, Nathan A. Smyth* and *Ralph C. Greene* for appellant.

*John Winans* and *J. Arthur Seidman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

VINCENZA RUSSO, Respondent, *v.* BUILDING OPERATION COMPANY, Appellant, Impleaded with Others.

*Negligence — elevators — open door into elevator shaft — injury from fall.*

Russo v. *Building Operation Co.*, 209 App. Div. 861, affirmed.
(Argued October 19, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff while in the employ of a tenant in a loft building in charge of defendant, appellant, walked through an open elevator door upon the street level, intending to board the elevator, and fell to the bottom of the shaft, receiving the injuries complained of.

*Edward P. Mowton* for appellant.

*James F. Mahan, John C. Robinson* and *Morris A. Wainger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PAOLO SACCO, as Administrator of the Estate of LUIGI SACCO, Deceased, Appellant, *v.* DELAWARE AND HUDSON COMPANY, Respondent.

*Negligence — master and servant — railroads — trackman struck by train while in performance of his duties.*

*Sacco* v. *D. & H. Co.,* 213 App. Div. 471, affirmed.

(Argued October 20, 1925; decided November 24, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1925, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action, under the Federal Employers' Liability Act, to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The complaint alleged that while plaintiff's intestate was engaged in the performance of his duties as a track hand and was picking up tools which had been left upon the tracks by defendant's section gang near Unadilla, he was struck without warning by one of defendant's southbound milk trains proceeding at an excessive rate of speed and received injuries which resulted in his death. The answer was a general denial and alleged contributory negligence.

*Walter A. Fullerton* for appellant.

*Lewis E. Carr* and *N. P. Willis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and POUND, JJ.